UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON PRICE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01680-DAD-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF NO. 7) AND REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Plaintiff is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on December 2, 2019 (ECF No. 1), but did not pay the filing fee or file an application to proceed in forma pauperis. Accordingly, on December 4, 2019, the Court gave Plaintiff forty-five days to either pay the filing fee or submit an application to proceed in forma pauperis. (ECF No. 3). The Court warned Plaintiff that "**[f]ailure to comply with this order will result in dismissal of this action.**" (Id. at 1).

      The forty-five-day deadline expired, and Plaintiff failed to pay the filing fee or file an application to proceed in forma pauperis. Accordingly, the Court issued findings and recommendations, recommending that this case be dismissed, without prejudice, because of Plaintiff's failure to prosecute and failure to comply with a court order. (ECF No. 7).

      On March 23, 2020, Plaintiff filed his objections to the findings and recommendations. (ECF No. 8). Plaintiff alleges that he attempted to comply with the Court's order, but was unable to. Plaintiff asks that he be excused from paying the filing fees.

      If Plaintiff wants to proceed with this action, he must submit an application to proceed in

1

forma pauperis or pay the filing fees.  Moreover, Plaintiff cannot ignore court orders and deadlines.  If Plaintiff is unable to comply with a deadline, he should file a motion for an extension of time.

Nevertheless, the Court will give Plaintiff one more opportunity to pay the filing fee or submit an application to proceed in forma pauperis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations signed on March 10, 2020 (ECF No. 7), are VACATED;
2. The Clerk's Office shall send Plaintiff a form application to proceed in forma pauperis; and
3. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**March 25, 2020**__        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE