UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRANDON PRICE, et al.,<br><br>                    Defendants. | No.  1:19-cv-01680-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Stephen Wilson is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2020, the assigned magistrate judge filed findings and recommendations, recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders.  (Doc. No. 10)  The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days.  (*Id.* at 3.)  To date, no objections have been filed and the time for doing so has since expired.[1]

---

[1] The day the May 14, 2020 findings and recommendations were served on plaintiff, plaintiff filed a notice of change of address.  (Doc. No. 11.)  Accordingly, the court re-served the May 14, 2020 findings and recommendations on plaintiff, and they were returned to the court by the U.S. Postal Service as "Undeliverable, Refused" on June 3, 2020.  Local Rule 183(b) provides that: "[a] party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff *in propria persona* by the Clerk is

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations filed on May 14, 2020 (Doc. No. 10) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2020**                           _____
                                                                    UNITED STATES DISTRICT JUDGE

---

returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." It has now been over sixty-three days since the findings and recommendations were returned to the court on June 3, 2020, and plaintiff has not notified the court of a change of his address of record.

2